IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JESSE S. LOPEZ, III, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. SA-22-CV-601-FB |
| § | |
| BEXAR COUNTY; DEPUTY LEONEL § | |
| ELIZONDO; and DEPUTY ROLAND GARZA, § | |
| § | |
| Defendants. § | |

## **J U D G M E N T**

The Court considered the Judgment to be entered in the above-styled and numbered cause.

Consistent with the Order Accepting Report and Recommendation of United States Magistrate Judge filed in this cause on this same date,

It is hereby ORDERED, ADJUDGED and DECREED that the Report and Recommendation of United States Magistrate Judge filed on January 19, 2024 (docket #37), is ACCEPTED such that Defendant Bexar County's Motion to Dismiss Plaintiff's Second Amended Complaint (docket #28) and Defendants Deputy Leonel Elizondo's and Deputy Roland Garza's Motion to Dismiss Plaintiff's Second Amended Complaint (docket #34) are GRANTED and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that motions pending, if any, are also **DISMISSED**, and this case is **CLOSED**.

It is so ORDERED.

SIGNED this 9th day of February, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE